UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceeding Under Chapter 7 |
| | ) | |
| NANCY F. FINE | ) | |
| | ) | CASE NO. 14-30762-LKG |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## ORDER ON TRUSTEE'S FINAL REPORT, ABANDONMENT OF PROPERTY APPLICATION FOR COMPENSATION, OBJECTIONS TO CLAIMS AND PROPOSED DISTRIBUTION

THIS MATTER having come before the Court on Notice of Trustee's Final Report, Abandonment of Property, hearing on Application for Compensation and Objections to Claims, if any, and the Court being fully advised in the premises.

IT IS ORDERED that the Trustee's Final Report is approved, Applications for Compensation as presented are approved, Objections to Claims are sustained and property not heretofore administered is deemed abandoned.

IT IS FURTHER ORDERED that the Trustee's Proposed Dividend Distribution, a copy of which is attached and incorporated by reference herein, including the payment of all administrative expenses approved by this Court be and hereby is approved.

Trustee shall serve a copy of this Order by mail to all interested parties who were not served electronically.

In accordance with Bankruptcy Rule 3010, the Trustee will not issue any dividend check in an amount less than $5.00. Creditors wishing to claim and receive their dividend of less than $5.00 are to submit a letter requesting same to the U.S. Bankruptcy Court, Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.

ENTERED: February 1, 2022

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE - 16

## PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Robert E. Eggmann | | | Distribution Date: | 12/16/2021 |
|---|---|---|---|---|---|
| Case Number: | 14-30762-LKG | | | Distribution Amt: | $55,076.86 |
| Case Name: | FINE, NANCY F | | | Tax ID: | 61-6650377 |
| Claims Bar Date: | 09/13/2018 | | | Date: | 12/16/2021 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution ||||  |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| | Beginning Balance | | | | | | | $55,076.86 |
| | CLERK OF THE COURT<br>750 Missouri Avenue<br>East St. Louis IL 62201 | Clerk of the Courts Costs (includes | 2700-000 | $260.00 | $0.00 | $0.00 | $260.00 | $54,816.86 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Clerk of the Courts Costs (includes | | | $260.00 | $0.00 | $0.00 | $260.00 | |
| | ROBERT E. EGGMANN<br>2227 Illinois Route 157<br>Edwardsville IL 62025 | Trustee Compensation | 2100-000 | $7,428.30 | $0.00 | $0.00 | $7,428.30 | $47,388.56 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Compensation | | | $7,428.30 | $0.00 | $0.00 | $7,428.30 | |
| | ROBERT E. EGGMANN<br>2227 Illinois Route 157<br>Edwardsville IL 62025 | Trustee Expenses | 2200-000 | $210.62 | $0.00 | $0.00 | $210.62 | $47,177.94 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Expenses | | | $210.62 | $0.00 | $0.00 | $210.62 | |
| 1 | MERCY VIRTUAL BUSINESS OFFICE<br>1730 E Portland St<br>Springfield MO 65804-1311 | General Unsecured 726(a)(2) | 7100-000 | $2,226.12 | $0.00 | $398.30 | $2,624.42 | $44,553.52 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | General Unsecured 726(a)(2) | 7100-000 | $1,735.67 | $0.00 | $310.55 | $2,046.22 | $42,507.30 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| 3 | SEVENTH AVENUE<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas TX 75380 | General Unsecured 726(a)(2) | 7100-000 | $2,282.79 | $0.00 | $408.44 | $2,691.23 | $39,816.07 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| 4 | STONEBERRY<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas TX 75380 | General Unsecured 726(a)(2) | 7100-000 | $73.31 | $0.00 | $13.12 | $86.43 | $39,729.64 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| 5 | GINNY'S<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas TX 75380 | General Unsecured 726(a)(2) | 7100-000 | $581.59 | $0.00 | $104.06 | $685.65 | $39,043.99 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| 6 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren MI 48090 | General Unsecured 726(a)(2) | 7100-000 | $1,030.08 | $0.00 | $184.30 | $1,214.38 | $37,829.61 |
| | Percent Paid: 100.00% | Notes: (6-1) 3495 | | | | | | |
| | Sub-Totals: General Unsecured 726(a)(2) | | | $7,929.56 | $0.00 | $1,418.77 | $9,348.33 | |

**PROPOSED CLAIM DISTRIBUTION REPORT**

| | | | | | |
|---|---|---|---|---|---|
| **Trustee Name:** | Robert E. Eggmann | | **Distribution Date:** | 12/16/2021 | |
| **Case Number:** | 14-30762-LKG | | **Distribution Amt:** | $55,076.86 | |
| **Case Name:** | FINE, NANCY F | | **Tax ID:** | 61-6650377 | |
| **Claims Bar Date:** | 09/13/2018 | | **Date:** | 12/16/2021 | |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| | NANCY F FINE<br>4302 MARYVILLE ROAD<br>GRANITE CITY IL 62040 | Surplus Funds Paid to Debtor | 8200-002 | $37,829.61 | $0.00 | $0.00 | $37,829.61 | $0.00 |
| | Percent Paid: 100.00% | Notes: Debtor Surplus | | | | | | |
| Sub-Totals: Surplus Funds Paid to Debtor | | | | $37,829.61 | $0.00 | $0.00 | $37,829.61 | |
| | | | **TOTALS:** | $53,658.09 | $0.00 | $1,418.77 | $55,076.86 | |