# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Nancy F Fine

       Debtor(s)

In Proceedings Under Chapter 7

BK 14−30762−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−6505

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Robert E Eggmann is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 7 case of the above named debtor is closed.

ENTERED: April 5, 2022

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE