# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–3 | User: ao1492bnc | Date Created: 4/5/2022 |
| Case: 14–30762–lkg | Form ID: 178 | Total: 8 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr     Robert E Eggmann     reetrustee@carmodymacdonald.com
aty     Leigh M Kline     leigh@klinelawstl.com
aty     Mark D Skaggs     mark.d.skaggs@usdoj.gov
aty     Robert E Eggmann     ree@carmodymacdonald.com

          TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Nancy F Fine     4302 Maryville Road     Granite City, IL 62040
sp     Benjamin A Bertram     Bertram & Graf LLC     4717 Grand Ave     Suite 800     Kansas City, MO 64112
sp     Daryl Douglas     Wagstaff & Cartmell, LLP     740 Grand Ave, Ste 300     Kansas City, MO 64112

          TOTAL: 3